IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:25-cr-00246-MHT |
| | ) | (WO) |
| CEDRINA LAVON GRANT | ) | |

**FORFEITURE MONEY JUDGMENT**

Before the court is the government's motion for a forfeiture money judgment in the amount of $ 59,900.00 filed on July 30, 2024 (Doc. 30).

Being fully advised of the relevant facts, this Court hereby finds that the defendant, Cedrina Lavon Grant, obtained at least $ 59,900.00 in proceeds from the Conspiracy to Commit Bank Fraud, to which she pled guilty. *See* Plea Agreement (Doc. 23) at 9-10. The defendant consents to the entry of a forfeiture money judgment in the amount of $ 59,900.00. *See id.* at 6-7.

Accordingly, for good cause shown, it is hereby ORDERED, ADJUDGED and DECREED that:

(1)  The government's motion is granted.

(2)  Pursuant to 18 U.S.C. § 982(a)(2)(A) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $ 59,900.00 and will be included in the Treasury Offset Program, allowing qualified federal benefits to be applied to offset the balance of criminal monetary penalties in accordance with 26 U.S.C. § 6402(d) and 31 U.S.C. § 3720A.

The court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property,

and to order any substitute assets forfeited to the government up to the amount of the forfeiture money judgment.

This order constitutes the preliminary order of forfeiture required by Fed. R. Crim. P. 32.2(b)(2)(A). This order will become a final forfeiture money judgment at sentencing pursuant to Fed. R. Crim. P. 32.2(b)(4)(A).

DONE, this 29th day of August, 2025.

                                      /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE